UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

GLORIANA URBAN                          :

                    **ORDER**

            Plaintiff(s)  :

                    CIVIL #09-6094 (RBK)

    vs.                                 :

TRUMP TAJ MAHAL ASSOCIATES, LLC         :
ET AL.
                                :

           Defendant(s)

It appearing to the Court that the above case have been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

IT IS on this 21st day of January, 2011

ORDERED that the above case be and the same is hereby dismissed, as in accordance with Local Rule 41.1(a), without prejudice and without costs to either parties.

                                           _____
                                         HON. ROBERT B. KUGLER, U.S.D.J.

cc: Gloriana Urban, pro se
    File